**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|   |   |
|---|---|
| HAWAI'I ORCHID GROWERS ASSOCIATION, : | |
| : | |
| Plaintiff, : | |
| : | |
| v. : | Civil Action No. 04-0914 (JR) |
| : | |
| U.S. DEPARTMENT OF AGRICULTURE, : | |
| : | |
| Defendant. : | |

### ORDER

For the reasons stated in the accompanying memorandum, defendant's motion for summary judgment [22] is **granted** as to all but plaintiff's Endangered Species Act claims, which are **dismissed** for lack of jurisdiction. Plaintiff's motions for summary judgment [17] and for preliminary injunction [3] are **denied**.

JAMES ROBERTSON
United States District Judge